UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSE BAKER, CARL BAKER and ) | |
| MURINE W. BAKER ) | |
| ) | |
| v. ) | Civil Action No. 3:07-0638 |
| ) | Judge Echols/Knowles |
| SGT. MATTHEW MARSHALL and ) | |
| CITY OF WHITE HOUSE, TENNESSEE ) | |

### O R D E R

An Initial Case Management Order was entered in this action on August 24, 2007. Docket entry no. 11. During the discovery process, plaintiffs' attorney filed a Motion to Withdraw as Counsel, which was granted by Order entered on the docket on January 22, 2008. Docket entry no. 15. Pursuant to Judge Echols' Order, the plaintiffs filed written Notice that they intend to proceed pro se. Docket entry no. 18.

Given these circumstances, the defendant has filed a Motion for a Case Management Conference. This Motion is **granted** and a telephone conference is set for Tuesday, February 19, 2008, at 1:00 p.m. (CST) before Magistrate Judge Brown at telephone number 615-736-2119. Defendants' counsel shall initiate the call. The parties shall be prepared to discuss a new scheduling order.

IT IS SO ORDERED.

    /s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge
(for Magistrate Judge Knowles)